**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6320**

_____

VINCENT EUGENE WILLIAMS,

                                        Petitioner - Appellant,

        versus

L. K. KELLY, Warden,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge. (3:06-cv-00357-MHL)

_____

Submitted: June 15, 2007            Decided:  June 21, 2007

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Vincent Eugene Williams, Appellant Pro Se.  Banci Enga Tewolde, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Eugene Williams seeks to appeal the magistrate judge's orders denying relief on his 28 U.S.C. § 2254 (2000) petition and motion to reconsider.* The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny Williams' motions for a certificate of appealability, for oral argument, for appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c) (2000).

- 2 -

materials before the court and argument would not aid the decisional process.

                                                        <u>DISMISSED</u>